JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA HERNANDEZ, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>SIMILASAN CORPORATION, a Colorado corporation d/b/a WWW.SIMILASANUSA.COM,<br><br>Defendants. | Case No. 2:23-cv-06096-RGK-AS<br>Assigned to Judge R. Gary Klausner<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION<br><br>[23]<br><br>Action filed: June 14, 2023<br>Removed: August 17, 2023 |

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 12/13/2023                    By: *Gary Klausner*
                                         Hon. R. Gary Klausner
                                         United State District Judge

---

ORDER GRANTING DISMISSAL OF ENTIRE ACTION